UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JUAN VALDEZ, et al.,

                Plaintiffs,

      -against-                        **ORDER**
                                          CV 05-4323 (JS)(ARL)

TOWN OF BROOKHAVEN, et al.,

                Defendants.
--------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      By letter dated February 5, 2008, the plaintiffs move to compel the defendants to move before the Sixth District Court in Patchogue, New York to unseal the district court prosecution files that are relevant to this case and to produce them. Defendants oppose the application by letter dated February 8, 2008.

      Defendants represent that they have possession of and access to these records and will enter into a so ordered stipulation to unseal these records and produce them to the plaintiffs. The parties are therefore directed to submit such a stipulation for this court's review.

Dated: Central Islip, New York          SO ORDERED:
       February 12, 2008


                                                   _____/s/_____
                                                   ARLENE ROSARIO LINDSAY
                                                   United States Magistrate Judge