```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JUAN VALDEZ #1-10, individually
and on behalf of those similarly
situated; and the WORKPLACE
PROJECT, INC.,
                 Plaintiffs,           MEMORANDUM AND ORDER
                                       05-CV-4323 (JS)(ARL)
        -against-

TOWN OF BROOKHAVEN; JOHN JAY
LAVALLE, Individually and as the
Supervisor of the Town of
Brookhaven; COUNTY OF SUFFOLK;
STEVE LEVY, Individually and as
the County Executive of the
County of Suffolk,
                 Defendants.
----------------------------------X
APPEARANCES:
For Plaintiffs:    Foster S. Maer, Esq.
                   Sandra Del Valle, Esq.
                   Puerto Rican Legal Defense & Education Fund
                   99 Hudson Street, 14th Floor
                   New York, NY 10013


                   Melinda Christine Franek, Esq.
                   Latham & Watkins, LLP
                   885 Third Avenue
                   New York, NY 10022

For Defendants:
Town of Brookhaven David H. Arntsen, Esq.
                   Devitt Spellman Barrett
                   50 Route 111
                   Smithtown, NY 11787
```

SEYBERT, District Judge:

Pursuant to the discussion at the February 11, 2011 status conference, the parties are directed to file their settlement documents under seal on the Court's Electronic Case

Filing system ("ECF"). These materials shall include a joint proposed order. The parties are reminded to forward courtesy copies to Chambers, in accordance with the Court's usual practices.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     March   11  , 2011
           Central Islip, New York